United States Bankruptcy Court
Eastern District of California

In re:                                                         Case No. 22-10753-A
Rosalio Montes De Oca                            Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0972-1                            User: auto                           Page 1 of 2
Date Rcvd: Aug 09, 2022                     Form ID: L70                       Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rosalio Montes De Oca, 10105 Hageman Road, Bakersfield, CA 93312-2371 |
| aty | + | Jorge A. Gaitan, 501 I St #7-500, Sacramento, CA 95814-7304 |
| aty | + | Tyson Takeuchi, 1055 Wilshire blvd Suite 850, Los Angeles, CA 90017-2467 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BJMVETTER.COM | Aug 10 2022 04:23:00 | Jeffrey M. Vetter, PO Box 2424, Bakersfield, CA 93303-2424 |
| smg | | EDI: EDD.COM | Aug 10 2022 04:23:00 | Employment Development Department, Bankruptcy Group, MIC 92E, PO Box 826880, Sacramento, CA 94280-0001 |
| 23389316 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Aug 10 2022 13:33:00 | Credit Corp Solutions Inc, 121 W Election Rd Ste 200, Draper UT 84020 |
| 23389313 | | EDI: CAPITALONE.COM | Aug 10 2022 04:23:00 | Capital One, PO Box 30281, Salt Lake City UT 84130-0281 |
| 23389314 | | EDI: CITICORP.COM | Aug 10 2022 04:23:00 | Citibank, Box 769004, San Antonio TX 78245-9004 |
| 23389317 | ^ | MEBN | Aug 10 2022 00:18:38 | Equifax, PO Box 740241, Atlanta GA 30374-0241 |
| 23389318 | ^ | MEBN | Aug 10 2022 00:18:49 | Experian, Profile Maintenance, PO Box 9558, Allen TX 75013-9558 |
| 23389319 | + | Email/Text: staff@hpsears.com | Aug 10 2022 00:23:00 | HP Sears Company Inc, 2000 18th St, Bakersfield CA 93301-4292 |
| 23389320 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 10 2022 00:23:00 | Kohls Capone, Po Box 3115, Milwaukee WI 53201-3115 |
| 23389321 | + | Email/Text: ZyCredit.A.User@lesschwab.com | Aug 10 2022 00:23:00 | Les Schwab Tire Center, Po Box 5350, Bend OR 97708-5350 |
| 23389322 | | EDI: PRA.COM | Aug 10 2022 04:23:00 | Portfolio Recovery, 120 Coroporate Blvd Ste 100, Norfolk VA 23502 |
| 23389323 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 10 2022 00:31:13 | Resurgent Lvnv Funding, PO Box 1269, Greenville SC 29602-1269 |
| 23389324 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 10 2022 00:23:00 | Toyota Financial Services, Box 5855, Carol Stream IL 60197 |
| 23389325 | | Email/Text: DASPUBREC@transunion.com | Aug 10 2022 00:23:00 | Trans Union Corporation, Attn Public Records |

Filed 08/11/22　　　Case 22-10753　　　Doc 25

| | | |
|---|---|---|
| District/off: 0972-1 | User: auto | Page 2 of 2 |
| Date Rcvd: Aug 09, 2022 | Form ID: L70 | Total Noticed: 18 |

| | | | |
|---|---|---|---|
| 23389315 | + EDI: CCS.COM | Aug 10 2022 04:23:00 | Department, 555 W Adams St, Chicago IL 60661<br>credit collection services, 725 Canton Street, Norwood MA 02062-2679 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23389312 | ##+ | Acclaim Credit Tech, Po Box 3028, Visalia CA 93278-3028 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2022　　　　　　　　　Signature:　　/s/Gustava Winters

FORM L70 Notice of Entry of Order of Dismissal   (v.2.13)                                22−10753 − A − 7

**UNITED STATES BANKRUPTCY COURT**
Eastern District of California

**Robert E. Coyle United States Courthouse**
**2500 Tulare Street, Suite 2501**
**Fresno, CA 93721−1318**

(559) 499−5800
www.caeb.uscourts.gov
M−F 9:00 AM − 4:00 PM



## NOTICE OF ENTRY OF ORDER OF DISMISSAL

Case Number:    22−10753 − A − 7

Debtor Name(s), Social Security Number(s), and Address(es):

Rosalio Montes De Oca
xxx−xx−4654

10105 Hageman Road
Bakersfield, CA 93312

**NOTICE IS HEREBY GIVEN THAT:**

An order dismissing debtor Rosalio Montes De Oca was entered on the docket in this case on 8/9/22.   The document number and docket text for this order are set forth below.

[23] − Order Granting 17 Motion/Application to Approve Stipulation to Dismiss Chapter 7 Case Without Entry of Discharge [UST−1] (rlos)

[23] − Order Dismissing Case [UST−1]. (rlos)

Dated:                                                           For the Court,
8/9/22                                                           Wayne Blackwelder , Clerk